IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

EDUARDO AGUILAR

NO. 3:25-CR-503-N

# NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that the government posted notice of this forfeiture action on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on July 2, 2026 as shown by the Advertisement Certification Report attached as Exhibit A.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Nicole Dana*

NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8694
Facsimile: 214-659-8800
Email: nicole.dana@usdoj.gov